■ REGAL MUSIC CO., INC., v. JAKECO VENDING CORP. et al.— Motion by defendants-appellants Jakeco Vending Corp., Jack Colombo and Benjamin Wekar for a stay denied on condition that the $5,000 bond provided for in the order to show cause, dated December 23, 1959, is continued in full force and effect pending the hearing and determination of the appeal, and on condition that the trial of this action is noticed by plaintiff for January 25, 1959. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ REGAL MUSIC CO., INC., v. JAKECO VENDING CORP. et al.— Motion by defendant-appellant, S & M 1091 Atlantic Inc. for a stay granted to the extent of continuing the limited stay contained in the order to show cause, dated December 31, 1959, pending the hearing and determination of the appeal or the entry of judgment after the trial of this action, whichever is sooner, on condition that the defendant-appellant, S & M 1091 Atlantic Inc. procures the record on appeal and appellant's points to be served and filed on or before January 21, 1960, with notice of argument for February 2, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ REGAL MUSIC CO., INC., v. JAKECO VENDING CORP. et al.— Motion by defendant-appellant, Sanodash Restaurant, Inc. for a stay granted to the extent of continuing the limited stay contained in the order to show cause, dated December 31, 1959, pending the hearing and determination of the appeal or the entry of judgment after the trial of this action, whichever is sooner, on condition that the defendant-appellant, Sanodash Restaurant, Inc. procures the record on appeal and appellant's points to be served and filed on or before January 21, 1960, with notice of argument for February 2, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of LOUIS J. CARBONETTI against JUSTICES OF THE SUPREME COURT OF THE FIRST JUDICIAL DISTRICT et al.— Motion for enlargement of time granted, insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ GEORGE MORENG v. ARTHUR I. BOYER.— Motion for extension of time granted insofar as to extend appellant's time to procure the record on appeal and appellant's points to be served and filed to and including February 18, 1960, with notice of argument for March 1, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ DAVID GARCIA et al. v. GEORGE DEIBERT.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ MARTIN W. FRANKEL v. TREMONT NORMAN MOTORS CORP. et al.— Motion for stay granted on condition that the appellants comply with the conditions imposed in the order to show cause, dated December 30, 1959. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HARRY BERMAN.— Enlargement of time granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.